IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DEARMON,

        Plaintiff,                        No. CIV S-08-2834 MCE KJM PS

    vs.

S. IWANICK, et al.,                    <u>ORDER</u>

        Defendants.

_____/

        A status conference was submitted on the papers due to plaintiff's current incarceration. Upon consideration of the status reports on file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

        2. Discovery, including the hearing of discovery motions, shall be completed by September 15, 2010. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

        3. Dispositive motions, other than discovery motions, shall be noticed to be heard by November 10, 2010.

        4. The pretrial conference and trial dates shall be set at a later time as necessary.

5. Plaintiff has not provided the information necessary to serve defendant Iwanick despite several extensions of time to do so. Plaintiff is cautioned that failure to provide sufficient information to serve defendant Iwanick within sixty days will result in a recommendation that defendant Iwanick be dismissed.

DATED: May 14, 2010.

_____
U.S. MAGISTRATE JUDGE

006
dearmon3.oas