IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DEARMON,

      Plaintiff,                      No. CIV S-08-2834 MCE KJM PS

    vs.

S. IWANICK, et al.,                   <u>ORDER</u>

      Defendants.

_____/

      Defendant has filed a motion to consolidate. Because plaintiff is incarcerated, the matter will be submitted on the papers.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Opposition, if any, shall be filed no later than September 20, 2010.

      2. Reply, if any, shall be filed no later than September 27, 2010.

      3. The matter shall thereafter stand submitted.

DATED: August 20, 2010.

                                                      U.S. MAGISTRATE JUDGE

006
dearmon.con

1