IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DEARMON,　　　　　　　　　　　　No. 2:08-cv-02834-MCE-KJM PS

　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　　　ORDER

S. IWANICK, et al.,

　　　　Defendants.
_____/

　　　　Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

　　　　On September 22, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty-one days. No objections to the findings and recommendations have been filed.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 22, 2010, are adopted in full; and

2. Defendant Iwanick is dismissed.

Dated:  November 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2