1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT EARL DEARMON,              No. 2:08-cv-02834-MCE-DAD (TEMP) P

12             Plaintiff,

13      vs.                            ORDER

14   S. IWANICK, et al.,

15             Defendants.

16   _____/

17         On November 16, 2010, plaintiff filed a motion asking that this court reconsider its

18   November 3, 2010 order dismissing defendant Iwanick.  A district court may reconsider a ruling

19   under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J,

20   Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is

21   appropriate if the district court (1) is presented with newly discovered evidence, (2) committed

22   clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in

23   controlling law."  Id. at 1263.

24         Plaintiff does not present newly discovered evidence.  Furthermore, the court finds that,

25   after a de novo review of this case, there was no error in dismissing defendant Iwanick, and the

26   decision to dismiss him is not manifestly unjust.

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 16, 2010 motion for

2    reconsideration is denied.

3     Dated:  January 31, 2011

4

5    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE