1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT EARL DEARMON,

11           Plaintiff,                 No. CIV-S-08-2834 MCE DAD (TEMP) P

12       vs.

13   S. IWANICK, et al.,

14           Defendants.              ORDER

15   _____/

16           On February 24, 2011, defendants filed a motion for summary judgement.

17   Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that

18   within thirty days of the date of this order, plaintiff shall file an opposition to the motion for

19   summary judgment or a statement of non-opposition.  Failure to comply with this order will

20   result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

21   DATED: May 9, 2011.

22

23           _____

24           DALE A. DROZD
             UNITED STATES MAGISTRATE JUDGE

25   DAD:kc
     dear2834.46

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26